BREVOORT REAL ESTATE COMPANY, Plaintiff, *v.* JOHN KINGSTON et al., Defendants.

HENRY NOBEL et al., Appellants; JOSEPH H. CLAFFY, Respondent.

*Brevoort Real Estate Co.* v. *Kingston*, 114 App. Div. 904, affirmed.
(Argued November 12, 1906; decided November 27, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June

20, 1906, which affirmed an order of Special Term confirming the report of a referee in surplus money proceedings.

*Charles H. Stoddard* for appellants.

*Frank M. Avery* and *Henry W. Eaton* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.